# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:08-cr-00247-LDG (GWF) |
| v. | **ORDER** |
| JOHN GARY TRITCH, | |
| Defendant. | |

The defendant has filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255.  Accordingly,

THE COURT **ORDERS** that the government shall file a response to the defendant's motion no later than 21 days from the entry of this Order.

DATED this 19 day of February, 2016.

Lloyd D. George
United States District Judge