1
2
3
4
5
6
7 **UNITED STATES DISTRICT COURT**
8 **DISTRICT OF NEVADA**
9

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:08-cr-00247-LDG (GWF) |
| v. | **ORDER** |
| JOHN GARY TRITCH, | |
| Defendant. | |

Defendant John Gary Tritch moves for voluntary dismissal of his motion to vacate, set aside, or correct criminal conviction and sentence pursuant to 28 U.S.C. §2255 (ECF No. 39). The Court will grant defendant's motion.

Accordingly, for good cause shown,

THE COURT **ORDERS** that Defendant's Voluntary Motion to Withdraw Motion to Vacate, Set Aside, or Correct a Criminal Conviction or Sentence Pursuant to 28 U.S.C. §2255 (ECF No. 39) is GRANTED. The Clerk of the Court shall modify the docket to indicate that Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §2255 (ECF No. 29) is WITHDRAWN.

THE COURT FURTHER **ORDERS** that Defendant's Motion to Lift Stay (ECF No. 34) is DENIED as moot.

DATED this _11_ day of August, 2017.

Lloyd D. George
United States District Judge